No. 872. YUMET & Co. v. QUIÑONES.—Appeal from the District Court of Aguadilla. Motion by respondent that judgment appealed from be affirmed. Decided April 26, 1912. Motion denied on the ground that the appellant has not taken any steps in this court signifying an abandonment of the appeal. *Mr. Víctor P. Martínez* for appellant. *Messrs. Reichard and Reichard* for respondent.

---

No. —— EX PARTE LÓPEZ.—Proceedings for the cancellation of the bond furnished by a procurator. Decided April 29, 1912. Bond canceled. *Mr. José G. Torres* for petitioner.

---

No. 858. MAS ET AL. v. BORINQUEN SUGAR COMPANY.—Appeal from the District Court of Humacao. Motion to withdraw appeal. Decided May 8, 1912. Appeal withdrawn by appellant. *Messrs. Aponte and Aponte* for appellants. *Messrs. Alvarez Nava* and *Domínguez* for respondent.

---

No. 862. GONZÁLEZ v. DEL VALLE ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided May 20, 1912. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. José E. Benedicto* for the moving party. *Mr. Henry G. Molina* for adverse party.

---

No. 863. PIÑERO v. BONELLI.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided May 20, 1912. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. Eduardo Acuña* for the moving party. *Mr. Luis Llorens Torres* for adverse party.